UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x
TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING
INDUSTRY INSURANCE AND ANNUITY FUNDS,

                    Plaintiffs,         Index No.: 07 CIV. 5802

                                                       RULE 7.1

      -against-

PROPER CONSTRUCTION INC.,

                    Defendant.
--------------------------------------------------------------------x

      Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party.

      None

Dated: June 15, 2007

                                                                                         *Dana L. Henke* (signature)
                                                                  Dana L. Henke, Esq. (DLH3025)

[Stamp: FILED U.S. DISTRICT COURT S.D.N.Y. W.P. 2007 JUN 19 P 2:18]
[Stamp: WP4]