UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X

Trustees of the District Council 9 Painting Industry
Insurance & Annuity Funds

                                                    07 Civ. 5802 (WP4)(GAY)

      V

                                                **ORDER TO SHOW CAUSE**

Proper Construction Inc.

------------------------------X

      A review of the docket indicates that the complaint was filed on June 19, 2007. The docket sheet indicates that an affidavit of service was filed on June 26, 2007. No answer is reflected on the docket sheet. It is therefore **ORDERED** that plaintiff within two weeks of the date of this order provide a status of the case in writing to the undersigned.

                                          **SO ORDERED:**

                                          _____
                                              George A. Yanthis
                                          United States Magistrate Judge

Dated: August 2, 2007
White Plains, New York