**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601

```
------------------------------------X
Trustees of the District Council 9
Painting Industry Insurance and
Annuity Funds


                Plaintiffs,
                                        NOTICE OF ASSIGNMENT

        -v-                             07-cv-5802 (KMK)(GAY)
Proper Construction, Inc.

                Defendants.
------------------------------------X
```

    Pursuant to the memorandum of the Case Processing Assistant
the above entitled action is assigned to the calendar of

            HON. Kenneth M. Karas

    All future documents submitted in this action shall bear the
assigned judge's initials after the case number.  If this case is
assigned to the Electronic Case Filing (ECF) system, documents
must be submitted electronically, and shall also bear the
notation "ECF CASE" under the docket number.

    The attorney(s) for the plaintiff(s) are requested to serve
a copy of the Notice of Assignment on all defendants.


                                    J. Michael McMahon, CLERK

                                by: _____
                                            Deputy Clerk
DATE: 8/6/07


DESIGNATED TO MAGISTRATE JUDGE: George A. Yanthis
CC:  Attorneys of Record
WP ASSIGNMENT FORM



Data Quality Control                            Revised: September 9, 2004
I:\FORMS\ASSIGN\ASSIG.WPD