RECEIVED SEP 10 2007 USDC-WP-SDNY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
TRUSTEES OF THE DISTRICT COUNCIL 9
PAINTING INDUSTRY INSURANCE AND　　　　　　Index No.: 07-CIV-5802 (KMK)
ANNUITY FUNDS,

                            Plaintiffs,　　　　　**VOLUNTARY NOTICE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　OF DISMISSAL**

   -against-


PROPER CONSTRUCTION INC.,

                            Defendant.
----------------------------------------------------------x

     Please take notice that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the plaintiffs by the undersigned attorney of record hereby voluntarily dismisses the above entitled action.

Dated: September 10, 2007
       Elmsford, New York

                                                _/s/ Dana L. Henke_
                                                Dana L. Henke, Esq. (DLH3025)
                                                Attorney for Plaintiff
                                                258 Saw Mill River Road
                                                Elmsford, New York 10523
                                                (914) 592-1515

SO ORDERED

_/s/ Kenneth M. Karas_
Honorable Kenneth M. Karas, U.S.D.J.
9/11/07

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____